

Jacqueline L. WASHINGTON–
THOMAS, Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 03–3036.

United States Court of Appeals,
Federal Circuit.

Dec. 16, 2002.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

POLYCLAD LAMINATES, INC. and Fry Metals, Inc. (doing business as P.C. Fab Division of Alpha Metals, Inc.), Plaintiffs–Appellants,

v.

MACDERMID INCORPORATED,
Defendant–Appellee.

No. 02–1079.

United States Court of Appeals,
Federal Circuit.

Dec. 16, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re CIMMETRY SYSTEMS, INC.**

No. 01–1573.

United States Court of Appeals,
Federal Circuit.

Dec. 17, 2002.

ON MOTION

*ORDER*

Cimmetry Systems, Inc. moves without opposition to remand to the United States Patent and Trademark Office.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

Henry GRIMES, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 03–3024.

United States Court of Appeals,
Federal Circuit.

Dec. 18, 2002.

**ORDER**

Order Vacated, See 2003 WL 255961.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

NICON, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 02–5097.

United States Court of Appeals,
Federal Circuit.

Dec. 20, 2002.

ON MOTION

*ORDER*

Nicon, Inc. moves for reconsideration of the court's order dismissing Nicon's appeal for failure to file an appendix, with appendix attached. Nicon states that the United States does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Nicon's motion for reconsideration is granted.

(2) The October 23, 2002 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.